**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| Jennifer Mayweather, | : |
| | : Civil Action No.: 4:12-cv-00674-KGB |
| Plaintiff, | : |
| v. | : |
| Credit Control Company, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 4, 2012

    Respectfully submitted,

    By  */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  */s/ Sergei Lemberg*
                                              Sergei Lemberg, Esq.