UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Jennifer Mayweather,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Credit Control Company, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.: 4:12-cv-00674-KGB |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Credit Control Company, Inc. with prejudice and without costs to any party.

| Jennifer Mayweather | Credit Control Company, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ John W. Fink |
| Sergei Lemberg, Esq.<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | John W. Fink, Esq.<br>John W. Fink, P.A.<br>P.O. Box 55126<br>Little Rock, AE 72215<br>(501) 225-2135<br>Attorney for Defendant |

*Kristine H. Baker*　Jan. 5, 2013
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*

Sergei Lemberg, Esq.